UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANTHONY YOUNG, JR. (#325559)

VERSUS

BURL CAIN, ET AL

CIVIL ACTION

NO. 11-221-BAJ-DLD

**RULING AND
ORDER OF DISMISSAL**

The Court, having carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated January 6, 2012 (doc. 4), to which no objection has been filed, hereby approves the Report and Recommendation of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, **IT IS ORDERED** that plaintiff's claim asserted against John Calvert and Terrance Harriton is dismissed for failure of the plaintiff to serve these defendants within 120 days as mandated by Rule 4(m) of the Federal Rules of Civil Procedure. The motion to dismiss of the remaining defendants (doc. 11) is granted, dismissing the plaintiff's claims as time-barred, and this action is hereby dismissed, with prejudice.

Baton Rouge, Louisiana, January 31, 2012.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA